AO91 (Rev. 12/03)   Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
March 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: **Myrna Gallegos**
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jose Manuel CATALAN CHAJ | **CRIMINAL COMPLAINT**<br>Case Number: **EP-26-MJ-0992-ATB** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __2/26/2026__ in __Hudspeth__ County, in the __Western District Of Texas__ defendant(s) did, knowingly forge, counterfeit, alter, or falsely make any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or uttered, used, attempted to use, possessed, obtained, accepted, or received any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained.

in violation of Title __18__ United States Code, Section(s) __1546__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

*Jesse Reyes*
Signature of Complainant

Jesse Reyes
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

3/2/2026                                                        at    El Paso, TX
Date                                                                  City/State

Anne T. Berton          U.S. Magistrate Judge
Name & Title of Judicial Officer                                  Signature of Judicial Officer

**Complaint sworn to telephonically on** __March 02, 2026__ at __01:10 PM__ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Jose Manuel CATALAN CHAJ

PEPT# PBBT260200091

03/02/2026

FACTS    (CONTINUED)

On February 26, 2026, A Border Patrol Agent (BPA) was assigned checkpoint duties on the 10:00 p.m. to 8:00 a.m. shift at the Sierra Blanca Border Patrol Checkpoint near Sierra Blanca, Texas.

At approximately 11:50 p.m., a red Mazda Protege bearing California license plate entered the primary inspection of the Sierra Blanca Checkpoint for an immigration inspection of its occupant. The BPA identified himself as a United States Border Patrol Agent and began questioning the driver as to his immigration status.

The driver, later identified as CATALAN Chaj, Jose Manuel stated that he did not have any valid immigration documents that would allow him to be in or remain in the United States. Based on the statement that CATALAN made the BPA referred him to the secondary inspection area for further investigation. After utilizing law enforcement databases, it was determined that CATALAN was indeed present without any legal documentation to be in or remain in the United States. CATALAN-CHAJ had previously been removed from the United States. CATALAN was then placed under arrest for being illegally present in the United States.

A BPA advised CATALAN of Miranda Warning in Spanish and was witnessed by another BPA. CATALAN acknowledged his rights and waived his right to have an attorney present during questioning. A BPA asked CATALAN if he had any fraudulent documents in his possession to which CATALAN replied that he did have fraudulent documents in his vehicle. After conducting inventory and search of the vehicle, a BPA found a fraudulent Social Security card and a fraudulent permanent resident card in the subject's wallet. The BPA conducted records checks on the fraudulent permanent resident card and it revealed in fact that the document was fake.

CATALAN was transported to the Sierra Blanca Border Patrol Station where CATALAN was re-interviewed. The BPA that conducted the interview re-advised CATALAN of his Miranda Warning, to which CATALAN acknowledged his rights and decided to make statement without having a lawyer present. The interview was video and audio recorded.

During the interview CATALAN acknowledged the legal resident card in his possession was a fraudulent document. CATALAN stated he paid $100 US dollars for the document. CATALAN stated he purchased the document to obtain work in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
Subject had been removed four (4) times from the United States under statue Title 42.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Jose Manuel CATALAN CHAJ

PEPT# PBBT260200091

03/02/2026

FACTS     (CONTINUED)

Criminal History:
None Found